1  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No.175489)
2  **JOSEPH SAVERI LAW FIRM, LLP**
3  601 California Street, Suite 1000
   San Francisco, CA 94108
4  Telephone: (415) 500-6800
   Fax: (415) 395-9940
5  jsaveri@saverilawfirm.com
   swilliams@saverilawfirm.com
6
7   *Attorneys for Individual and Representative*
    *Plaintiff Shelley Schmidig*
8
9
              **UNITED STATES DISTRICT COURT**
10              **EASTERN DISTRICT OF CALIFORNIA**
                     **FRESNO DIVISION**
11

| | |
|---|---|
| SHELLEY SCHMIDIG, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>REALPAGE, INC.; THOMA BRAVO, L.P.; AMLI MANAGEMENT COMPANY; ALLIANCE RESIDENTIAL COMPANY; APARTMENT MANAGEMENT CONSULTANTS, LLC; ASSET LIVING, LLC; AVENUE5 RESIDENTIAL LLC; BH MANAGEMENT LLC; THE BOZZUTO GROUP; CAMDEN PROPERTY TRUST; CORTLAND PROPERTIES, INC.; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST; FPI MANAGEMENT, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES; RPM LIVING LLC; SECURITY PROPERTIES INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; and WINNCOMPANIES LLC,<br><br>*Defendants.* | Case No. 1:23-cv-00108-SAB<br><br>**PROOF OF SERVICE OF SUMMONS ON ALLIANCE RESIDENTIAL COMPANY** |

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 02/06/2023 |
|---|---|
| NAME OF SERVER *(PRINT)* Calvin Jones | TITLE Process Server, Los Angeles County Reg. #6014 |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Personal service on Emanuel Jacobo, Intake Clerk, CT Corporation System, 330 N Brand Blvd, #700, Glendale, CA 91203, at 11:48 AM Registered agent authorized to accept on behalf of Alliance Residential Company

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/06/2023
              Date

Signature of Server *(signed)*
c/o Western Attorney Services
75 Columbia Square, San Francisco, CA 94103
*Address of Server*