# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY SCHMIDIG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REALPAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00108-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 8, 15) |

　　　　Plaintiff initiated this putative class action on January 23, 2023. (ECF No. 1.) An initial scheduling conference is currently set for May 9, 2023. (ECF No. 8.)

　　　　On February 24, 2023, Plaintiff and certain Defendants ("Stipulating Defendants") filed a stipulated request to extend the deadline for Stipulating Defendants to respond to the complaint. (ECF No. 15.) The parties proffer one or more of the Stipulating Defendants are named in multiple other lawsuits, and a motion is currently pending before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer several cases to the United States District Court for the Northern District of Texas for consolidated pretrial proceedings. The parties proffer the instant action may be related to those cases currently before the JPML, and a notice of related action has been filed with the JPML identifying this case as a potentially related case. The JPML set a hearing date of March 30, 2023 for this JPML petition. In light of the pending JPML petition, which the parties

proffer may affect the instant litigation, the stipulating parties request the responsive pleading deadline be suspended, essentially stayed, pending the JPML decision, and that the parties be directed to file a status report with the Court by April 30, 2023, unless the cases are consolidated by the Panel before then.  The Court finds good cause to grant the extension and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline to respond to the complaint for Defendants RealPage, Inc., AMLI Management Company, Apartment Management Consultants, LLC, Asset Living, LLC, Avenue5 Residential LLC, BH Management, LLC, The Bozzuto Group, Camden Property Trust, Cushman & Wakefield, Inc., Equity Residential, Essex Property Trust, FPI Management, Inc., Lincoln Property Company, Mid-America Apartment Communities, Inc., RPM Living, LLC, Security Properties Inc., Thrive Communities Management, LLC, and WinnCompanies LLC (collectively, the "Stipulating Defendants") is STAYED;

2. The deadline to respond to the complaint for all non-stipulating Defendants shall remain unaffected by this stipulation, but non-stipulating Defendants may join this order by indicating their consent in writing to Plaintiff and the Stipulating Defendants;

3. The stipulating parties shall meet and confer and file a status report with the Court **no later than April 30, 2023,** or **within 14 days of any order by the Panel,** whichever occurs sooner;

4. The Scheduling Conference set for May 9, 2023, is continued to **June 20, 2023, at 1:30 p.m.**; and

///
///
///
///
///

2

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **February 27, 2023**

UNITED STATES MAGISTRATE JUDGE

3